**STATE of Missouri, Respondent,**

v.

**Roger D. JOHNSON, Respondent.**

**No. WD 61153.**

Missouri Court of Appeals, Western District.

Dec. 24, 2002.

Ellen H. Flottman, Assistant State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Roger D. Johnson was convicted of the Class C felony of forgery and sentenced to 10 years imprisonment as a prior and persistent offender. He asserts error in the circuit court's overruling of his relevancy objection to the admission of certain testimony at trial. We affirm. Rule 30.25(b).